UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO: 2:00-cr-41-JES-DNF

WILLIAM R. DOWNS

_____

**ORDER**

This matter comes before the Court on defendant's May 6, 2021 letter regarding early termination of supervised release, a copy of which is attached, sent to the undersigned and received on approximately May 10, 2021. It is unclear whether Mr. Downs has discussed the matter with the Probation Office in the first instance, and the Court will not consider the letter. See Middle District of Florida Local Rule 3.01(j) ("A party must not use a letter, email, or the like to request relief . . .") Defendant shall confer with the Probation Office, and if he still desires to pursue early termination of supervised release thereafter, may file a motion with the Clerk of the Court seeking such relief.

Accordingly, it is hereby

**ORDERED:**

Defendant's letter regarding early termination of supervised release (Doc. #293) is forwarded to the U.S. Probation Office for whatever action it deems appropriate. The Court will take no further action on the letter.

**DONE and ORDERED** at Fort Myers, Florida, this __11th__ day of May, 2021.


_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE


Copies:
Counsel of Record
U.S. Probation Office
William R. Downs

Honorable Judge John E. Steele
2110 First Street
Fort Myers, Fl. 33901

Case # CR-FTM-29DNF

May 6, 2021

Honorable Judge E. Steele

I am writing concerning the remainder of months of my probation which is seven months.
My spouse is a traveling nurse and I would love to visit her. My probation officer informed me that I am allowed to stay for a total of 14 (fourteen) days at a time and any time after that the probation officer in the state has to be notified that I am there. I would like to spend time with my wife and going back and forth to California to only stay for 14 days can be very strenuous financially. I do not have any noncompliant reports since I have been on probation. My conduct is acceptable according to the guidelines and rules of probation. I am still very active in ministry. Will you consider terminating the remainder of my probation?

I pray that the courts would read this and have mercy on me and allow me to move freely as my wife travels and for ministry.

I thank you for your time.

Sincerely,

William R. Downs